**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**CASE NO.: 3:20-cv-1455-J-39MCR**

**TOSHIYA HIRATA,**

    **Plaintiff,**

v.

**FOBESOFT INC,**
**A Florida Profit Corporation,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF APPEARANCE OF**
**ALEXANDER T. HARNE, ESQUIRE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, **TOSHIYA HIRATA,** notifies this Court of the appearance of Alexander T. Harne, Esq. of Richard Celler Legal, P.A. as Co-Counsel in the above referenced matter and request that any and all pleadings, discovery, deposition notices, hearing notices, motions, correspondence, and any and all other documents be forwarded to the attention of the undersigned attorneys via the CM/ECF System.

Dated this 12th day of January, 2021.

    Respectfully submitted,

    */s/ Alexander T. Harne*
    Alexander T. Harne, Esq.
    Florida Bar No. 126932
    RICHARD CELLER LEGAL, P.A.
    10368 W. State Rd 84, Suite 103
    Davie, Florida 33324
    Telephone: (866) 344-9243
    Facsimile: (954) 337-2771
    E-mail: aharne@floridaovertimelawyer.com

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2021, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

*/s/ Alexander T. Harne*
Alexander T. Harne, Esq.