UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:20-cv-1455-J-39MCR

**TOSHIYA HIRATA,**

    **Plaintiff,**

v.

**FOBESOFT INC,**
**A Florida Profit Corporation,**

    **Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (d), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

__ X __ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 28th day of January, 2021.

                               Respectfully submitted,

                               ***/s/ Alexander T. Harne***
                               Alexander T. Harne, Esq.
                               Florida Bar No. 126932
                               RICHARD CELLER LEGAL, P.A.
                               10368 W. State Rd 84, Suite 103
                               Davie, Florida 33324
                               Telephone: (866) 344-9243
                               Facsimile: (954) 337-2771
                               E-mail: aharne@floridaovertimelawyer.com

                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy of same to all counsel of record.

*/s/ Alexander T. Harne*
Alexander T. Harne, Esq.