UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:20-cv-1455-J-39MCR

TOSHIYA HIRATA,

    Plaintiff,

v.

FOBESOFT INC,
A Florida Profit Corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING ANSWERS TO COURT INTERROGATORIES

Plaintiff, **TOSHIYA HIRATA**, by and through his undersigned counsel and pursuant to the Local Rules for the Middle District of Florida, hereby gives Notice of Filing his Answers to Court Interrogatories. *See* attached as Exhibit A.

Respectfully submitted this 8th day of February, 2021.

    Respectfully submitted,

    ***/s/ Alexander T. Harne***
    Alexander T. Harne, Esq.
    Florida Bar No. 126932
    Noah E. Storch, Esq.
    Florida Bar No. 0085476

RICHARD CELLER LEGAL, P.A.
10368 W. State Rd 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail:
aharne@floridaovertimelawyer.com
Email:
noah@floridaovertimelawyer.com
*Counsels for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy to all counsel of record.

*/s/ Alexander T. Harne*
Alexander T. Harne, Esq.

# EXHIBIT A

## COURT'S INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant?

   January 3, 2019 through August 28, 2020(86 weeks)

2. Who was your immediate supervisor?

   Geordy Murphy(Owner) and Matthew Sloan( Partner)

3. Did you have a regularly scheduled work period?   If so, specify.

   Yes.   Monday-Friday 8 a.m. -5 p.m.

4. What was your title or position?   Briefly describe your job duties.

   Sales Representative-Duties included contacting prospects for scheduling demos, collect payment information, perform demonstrations, and monitor customer service relationship management.

5. What was your regular rate of pay?

   I was paid $4,000.00 per month salary, paid bi-monthly, plus commissions.
   I was promised per my commission agreement $100.00 per sale.

6. Provide an accounting of your claim, including:

   (a) Dates:

   I am owed $2,000 for the 2 week pay period of July 1, 2020-July 15, 2020.

   I am owed $4,000 for the month of August, 2020

   I am owed for 85 total sales@$100 each

   (b) regular hours worked- 8 a.m. to 5 p.m.(10 hours per day) 5 days a week

   (c) over-time hours worked -10 hours per workweek

   (d) pay received versus pay claimed -$6,000.00 unpaid and all commissions.

   (e) total amount claimed.

   Overtime:  $1,000(salary per week)/50 (hours)=$20.00 per hour

$20.00 per hour/2=$10.00(half-time rate) x 10(overtime hours per week)= $100.00(owed in overtime per week) x 86 weeks=**$8,600(unliquidated) $17,200(liquidated)**

$8,500(commissions) +$17,200(overtime) =$25,700+$6000(salary) **$31,700(total owed)**

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   **As soon as I stopped receiving my salary, I complained to the owner about not receiving my pay.**

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

   **Both. I sent text messages and also called the owner.**

9. What was your employer's response? (If a written response, please attach a copy).

   **The owner stated on numerous occasions that when the company grows/succeeds he will pay the commissions and bonuses that are due.**

10. Did you maintain any records of the hours you worked? If so, identify all such records.

    **Yes, I sent google sheet of my records of hours and days worked.**

Toshiya Hirata
Print Name

Signature

STATE OF FLORIDA COUNTY OF Duval

The foregoing instrument was acknowledged before me by means of ✓ physical presence or _____ online notarization, by TOSHIYA HIRATA, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of ✓ physical presence or _____ online notarization, on this 8th day of 02, 2021.

NOTARY PUBLIC

_____

Signature of Person Taking Acknowledgment
Notary Stamp
Title: Notary Public Serial No. (if any): Commission Expires: Jan 21, 23

Print Name: Michael Langley

```
MICHAEL LANGLEY
MY COMMISSION # GG 292845
EXPIRES: January 21, 2023
```