UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TOSHIYA HIRATA,

      Plaintiff,

v.                                Case No. 3:20-cv-01455

FOBESOFT, INC,

      Defendants.
_____/

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FINAL PLEADINGS**

Defendant, FOBESOFT, INC. ("Defendant"), by and through the undersigned counsel, respectfully moves for an extension of time up to and including June 22, 2021, to file the pleadings to finalize this matter:

1. Plaintiff filed the Complaint (Doc. 1) on December 28, 2020.

2. On or about March 26, 2021, the Parties filed a Notice of Settlement (Doc. 15) with the Court.

3. On or about March 31, 2021, the Court entered an Order (Doc. 16) directing the administrative closure of the case. Additionally, the Parties were informed they shall have up to and including May 25, 2021 to file a joint stipulated form of final order or judgment or move the Court to reopen the case. The Court thereafter extended the deadline until June 8, 2021.  (Doc. 18).

4. The parties are in the process of reducing their final agreement to writing and having it signed by all parties.

5. Unfortunately, the parties have been unable to complete this process as of today because of a delay in parties communications due to various business and personal obligations, including the death of a family member of Plaintiff's Counsel.

6. The parties therefore respectfully request a brief extension up to and including June 22, 2021, to finalize the settlement and file the appropriate pleadings with the Court to conclude this matter.

7. The requested extension of time is not made for the purpose of delay, and no party will be prejudiced if the Court were to grant the requested extension.

8. Counsel for the parties represent that this motion is made in good faith and not for the purpose of delay.

## MEMORANDUM OF LAW

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). The Defendant's request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. Permitting the extension will allow the parties enough time to fully execute the settlement agreement and file the appropriate pleadings with the Court.

WHEREFORE, Defendant respectfully requests an extension of time up to and including June 22, 2021, to file the appropriate pleadings to finalize this matter.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for Defendant has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff is not opposed to the relief sought herein.

DATED this 8th day of June, 2021.

        Respectfully submitted,

        Spire Law, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/Jesse I. Unruh*
         Jesse I. Unruh, Esq.
         Florida Bar No. 93121
         /s/Whitney M. DuPree
         Whitney M. DuPree, Esq.
         Florida Bar No. 110036
         jesse@spirelawfirm.com
         whitney@spirelawfirm.com
         lauren@spirelawfirm.com
         laura@spirelawfirm.com

        Attorney for Defendant |FOBESOFT, INC.

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 8th day of June, 2021, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Noah E. Storch, Esq. at noah@floridaovertimelawyer.com at RICHARD CELLER LEGAL, P.A.; 10368 W. SR 84, Suite 103 Davie, Florida 33324.

*/s/ Jesse I. Unruh*
Attorney
